Bryan Cave LLP
3161 Michelson Drive
Suite 1500
Irvine, California 92612-4414

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FRANCISCO GARAVITO | Case No. 8:12-cv-01885-DOC-MLG |
| Plaintiff, | Hon. David O. Carter |
| v. | **FINAL JUDGMENT [44]** |
| JP MORGAN CHASE BANK NATIONAL ASSOCIATION; NATIONAL DEFAULT SERVICING CORP.; and DOES 1 THROUGH 10, INCLUSIVE | Complaint Filed: October 29, 2012 |
| Defendants. | |

IR01DOCS\694103.2\C076651\0344370

The Court issued its Order granting Defendant JPMorgan Chase Bank, N.A.'s Motion for Summary Judgment as to the First Amended Complaint in its entirety on February 20, 2014.  (Docket 43).

IT IS HEREBY ORDERED:

Plaintiff's entire case is dismissed with prejudice.  Judgment is entered for Defendant JPMorgan Chase Bank, N.A.

Dated:  March 12, 2014

*/s/ David O. Carter*
Honorable David O. Carter
United States District Judge

IR01DOCS\694103.2\C076651\0344370            1